EXHIBIT 1

NICU Claims

| Claim Number | Provider Name | Start/Admit Date |
|---|---|---|
| 170311051430 | OGDEN REGIONAL MEDICAL CENTER | 1/11/2017 |
| 170311051428 | OGDEN REGIONAL MEDICAL CENTER | 1/12/2017 |
| 18023367104A1 | OGDEN REGIONAL MEDICAL CENTER | 1/12/2018 |
| 18023367105A1 | OGDEN REGIONAL MEDICAL CENTER | 1/12/2018 |
| 18038372319 | OGDEN REGIONAL MEDICAL CENTER | 1/13/2018 |
| 15040915222 | ST MARKS HOSPITAL | 1/14/2015 |
| 18043326249A1 | TIMPANOGOS REGIONAL HOSPITAL | 1/16/2018 |
| 15030931567 | ST MARKS HOSPITAL | 1/17/2015 |
| 17040992238 | ST MARKS HOSPITAL | 1/17/2017 |
| 18031408094 | OGDEN REGIONAL MEDICAL CENTER | 1/17/2018 |
| 18030378326 | OGDEN REGIONAL MEDICAL CENTER | 1/17/2018 |
| 18075310188 | OGDEN REGIONAL MEDICAL CENTER | 1/17/2018 |
| 16039959037 | ST MARKS HOSPITAL | 1/19/2016 |
| 170861111443 | OGDEN REGIONAL MEDICAL CENTER | 1/19/2017 |
| 18071366455 | TIMPANOGOS REGIONAL HOSPITAL | 1/19/2018 |
| 18068325173 | TIMPANOGOS REGIONAL HOSPITAL | 1/19/2018 |
| 15037901503 | ST MARKS HOSPITAL | 1/22/2015 |
| 15117616655 | ST MARKS HOSPITAL | 1/24/2015 |
| 170381064191 | OGDEN REGIONAL MEDICAL CENTER | 1/24/2017 |
| 16054992202 | ST MARKS HOSPITAL | 1/26/2016 |
| 170461028518 | OGDEN REGIONAL MEDICAL CENTER | 1/26/2017 |
| 15055926529 | ST MARKS HOSPITAL | 1/27/2015 |
| 18046349913 | TIMPANOGOS REGIONAL HOSPITAL | 1/27/2018 |
| 18064401906 | TIMPANOGOS REGIONAL HOSPITAL | 1/27/2018 |
| 16042959323A1 | ST MARKS HOSPITAL | 1/28/2016 |
| 18058381920 | TIMPANOGOS REGIONAL HOSPITAL | 1/29/2018 |
| 15042916104 | OGDEN REGIONAL MEDICAL CENTER | 1/31/2015 |
| 15023910000 | OGDEN REGIONAL MEDICAL CENTER | 1/5/2015 |
| 15027930484 | OGDEN REGIONAL MEDICAL CENTER | 1/7/2015 |
| 16054992782 | OGDEN REGIONAL MEDICAL CENTER | 1/7/2016 |
| 16054992777 | OGDEN REGIONAL MEDICAL CENTER | 1/7/2016 |
| 16048974211 | ST MARKS HOSPITAL | 1/7/2016 |
| 18024374833 | TIMPANOGOS REGIONAL HOSPITAL | 1/8/2018 |
| 16103826676A1 | OGDEN REGIONAL MEDICAL CENTER | 1/9/2016 |
| 16064609707 | ST MARKS HOSPITAL | 1/9/2016 |
| 16064609708A1 | ST MARKS HOSPITAL | 1/9/2016 |
| 18096306629 | TIMPANOGOS REGIONAL HOSPITAL | 1/9/2018 |
| 15357606687 | ST MARKS HOSPITAL | 10/10/2015 |
| 172961018544 | ST MARKS HOSPITAL | 10/10/2017 |
| 153071004762 | OGDEN REGIONAL MEDICAL CENTER | 10/11/2015 |
| 173031044348 | ST MARKS HOSPITAL | 10/11/2017 |
| 16301973607 | ST MARKS HOSPITAL | 10/13/2016 |
| 16328982941 | OGDEN REGIONAL MEDICAL CENTER | 10/13/2016 |
| 163051021632 | OGDEN REGIONAL MEDICAL CENTER | 10/14/2016 |
| 15308968357A1 | OGDEN REGIONAL MEDICAL CENTER | 10/16/2015 |
| 163121271957 | ST MARKS HOSPITAL | 10/19/2016 |
| 163261030831 | ST MARKS HOSPITAL | 10/19/2016 |
| 16315980903 | ST MARKS HOSPITAL | 10/19/2016 |
| 173031046230 | OGDEN REGIONAL MEDICAL CENTER | 10/19/2017 |
| 16287961849 | ST MARKS HOSPITAL | 10/2/2016 |
| 172971048617 | ST MARKS HOSPITAL | 10/2/2017 |
| 18061314033 | ST MARKS HOSPITAL | 10/21/2017 |
| 18065372407 | ST MARKS HOSPITAL | 10/21/2017 |

NICU Claims

| Claim Number | Provider Name | Start Date |
|---|---|---|
| 15324938849 | ST MARKS HOSPITAL | 10/23/2015 |
| 15316950108 | OGDEN REGIONAL MEDICAL CENTER | 10/24/2015 |
| 15320940676 | ST MARKS HOSPITAL | 10/24/2015 |
| 15329964526 | ST MARKS HOSPITAL | 10/24/2015 |
| 15357606689A1 | TIMPANOGOS REGIONAL HOSPITAL | 10/24/2015 |
| 15357606688 | TIMPANOGOS REGIONAL HOSPITAL | 10/24/2015 |
| 18022330600A1 | OGDEN REGIONAL MEDICAL CENTER | 10/24/2017 |
| 153341085778 | ST MARKS HOSPITAL | 10/27/2015 |
| 16354970598 | ST MARKS HOSPITAL | 10/27/2016 |
| 15323957988 | OGDEN REGIONAL MEDICAL CENTER | 10/28/2015 |
| 173131043556 | ST MARKS HOSPITAL | 10/28/2017 |
| 15292923959 | ST MARKS HOSPITAL | 10/3/2015 |
| 15321969577 | ST MARKS HOSPITAL | 10/30/2015 |
| 15321969587 | ST MARKS HOSPITAL | 10/30/2015 |
| 15295944237 | ST MARKS HOSPITAL | 10/6/2015 |
| 16060618527 | TIMPANOGOS REGIONAL HOSPITAL | 10/6/2015 |
| 15321970441 | TIMPANOGOS REGIONAL HOSPITAL | 10/6/2015 |
| 17332308259A1 | OGDEN REGIONAL MEDICAL CENTER | 10/6/2017 |
| 16328982952 | OGDEN REGIONAL MEDICAL CENTER | 11/10/2016 |
| 163331196121 | OGDEN REGIONAL MEDICAL CENTER | 11/11/2016 |
| 16328982946 | OGDEN REGIONAL MEDICAL CENTER | 11/13/2016 |
| 16357995737 | OGDEN REGIONAL MEDICAL CENTER | 11/14/2016 |
| 16039959681 | OGDEN REGIONAL MEDICAL CENTER | 11/15/2015 |
| 17332305825A1 | TIMPANOGOS REGIONAL HOSPITAL | 11/15/2017 |
| 17334356663 | TIMPANOGOS REGIONAL HOSPITAL | 11/16/2017 |
| 17334356493A1 | ST MARKS HOSPITAL | 11/16/2017 |
| 16334980361 | TIMPANOGOS REGIONAL HOSPITAL | 11/17/2016 |
| 16110999503 | OGDEN REGIONAL MEDICAL CENTER | 11/19/2015 |
| 18081331027 | OGDEN REGIONAL MEDICAL CENTER | 11/2/2017 |
| 17335351930 | OGDEN REGIONAL MEDICAL CENTER | 11/21/2017 |
| 16364977774A1 | TIMPANOGOS REGIONAL HOSPITAL | 11/22/2016 |
| 16344977337A1 | ST MARKS HOSPITAL | 11/24/2016 |
| 16027982780 | OGDEN REGIONAL MEDICAL CENTER | 11/25/2015 |
| 16354970607 | ST MARKS HOSPITAL | 11/25/2016 |
| 15356991316 | ST MARKS HOSPITAL | 11/28/2015 |
| 17352337714A1 | ST MARKS HOSPITAL | 11/29/2017 |
| 18004322092 | ST MARKS HOSPITAL | 11/29/2017 |
| 16351614049 | ST MARKS HOSPITAL | 11/3/2016 |
| 17005979032A1 | OGDEN REGIONAL MEDICAL CENTER | 11/4/2016 |
| 17354387749A1 | ST MARKS HOSPITAL | 11/6/2017 |
| 17346392911 | ST MARKS HOSPITAL | 11/6/2017 |
| 15322966281 | ST MARKS HOSPITAL | 11/7/2015 |
| 16012980178 | OGDEN REGIONAL MEDICAL CENTER | 11/8/2015 |
| 15324939265A1 | TIMPANOGOS REGIONAL HOSPITAL | 11/9/2015 |
| 17027969483 | ST MARKS HOSPITAL | 11/9/2016 |
| 170251009191A1 | ST MARKS HOSPITAL | 12/1/2016 |
| 17353373618A1 | OGDEN REGIONAL MEDICAL CENTER | 12/1/2017 |
| 15365949136 | ST MARKS HOSPITAL | 12/10/2015 |
| 17354389009 | OGDEN REGIONAL MEDICAL CENTER | 12/11/2017 |
| 18089326600 | OGDEN REGIONAL MEDICAL CENTER | 12/11/2017 |
| 18011525515 | ST MARKS HOSPITAL | 12/12/2017 |
| 17005978401 | TIMPANOGOS REGIONAL HOSPITAL | 12/13/2016 |
| 15365949036 | ST MARKS HOSPITAL | 12/14/2015 |

NICU Claims

| Claim Number | Provider Name | Start Date |
|---|---|---|
| 17361230249 | OGDEN REGIONAL MEDICAL CENTER | 12/14/2017 |
| 18004322350 | OGDEN REGIONAL MEDICAL CENTER | 12/18/2017 |
| 170031149878 | ST MARKS HOSPITAL | 12/19/2016 |
| 170321014474 | ST MARKS HOSPITAL | 12/20/2016 |
| 17012967492 | ST MARKS HOSPITAL | 12/21/2016 |
| 16083989259A1 | OGDEN REGIONAL MEDICAL CENTER | 12/22/2015 |
| 160341000965A1 | OGDEN REGIONAL MEDICAL CENTER | 12/22/2015 |
| 18074289846 | ST MARKS HOSPITAL | 12/22/2017 |
| 16057966930A1 | ST MARKS HOSPITAL | 12/23/2015 |
| 170171223439 | ST MARKS HOSPITAL | 12/23/2016 |
| 18103348172 | TIMPANOGOS REGIONAL HOSPITAL | 12/23/2017 |
| 16020973305 | OGDEN REGIONAL MEDICAL CENTER | 12/26/2015 |
| 170651020011 | ST MARKS HOSPITAL | 12/26/2016 |
| 170651020004 | ST MARKS HOSPITAL | 12/26/2016 |
| 170171223956 | TIMPANOGOS REGIONAL HOSPITAL | 12/29/2016 |
| 171661047417A2 | TIMPANOGOS REGIONAL HOSPITAL | 12/29/2016 |
| 17055614290 | ST MARKS HOSPITAL | 12/30/2016 |
| 15350974621 | OGDEN REGIONAL MEDICAL CENTER | 12/4/2015 |
| 163551016721 | TIMPANOGOS REGIONAL HOSPITAL | 12/5/2016 |
| 17360200409 | OGDEN REGIONAL MEDICAL CENTER | 12/7/2017 |
| 17360200391A1 | OGDEN REGIONAL MEDICAL CENTER | 12/8/2017 |
| 17018980362 | OGDEN REGIONAL MEDICAL CENTER | 12/9/2016 |
| 17360172440 | OGDEN REGIONAL MEDICAL CENTER | 12/9/2017 |
| 16085977876A1 | TIMPANOGOS REGIONAL HOSPITAL | 2/11/2016 |
| 15154615923 | OGDEN REGIONAL MEDICAL CENTER | 2/12/2015 |
| 16081975491A1 | OGDEN REGIONAL MEDICAL CENTER | 2/12/2016 |
| 15156603693 | ST MARKS HOSPITAL | 2/13/2015 |
| 16064964048A1 | OGDEN REGIONAL MEDICAL CENTER | 2/13/2016 |
| 15142919699A2 | TIMPANOGOS REGIONAL HOSPITAL | 2/14/2015 |
| 170591045928 | TIMPANOGOS REGIONAL HOSPITAL | 2/15/2017 |
| 16102987930A1 | ST MARKS HOSPITAL | 2/16/2016 |
| 18061314057A1 | ST MARKS HOSPITAL | 2/17/2018 |
| 18059385612 | TIMPANOGOS REGIONAL HOSPITAL | 2/17/2018 |
| 15063928482 | ST MARKS HOSPITAL | 2/18/2015 |
| 15068911018 | ST MARKS HOSPITAL | 2/19/2015 |
| 15063928618A1 | OGDEN REGIONAL MEDICAL CENTER | 2/21/2015 |
| 15091924614 | ST MARKS HOSPITAL | 2/27/2015 |
| 16081975467A1 | OGDEN REGIONAL MEDICAL CENTER | 2/27/2016 |
| 18078329254 | ST MARKS HOSPITAL | 2/27/2018 |
| 16071972434A1 | OGDEN REGIONAL MEDICAL CENTER | 2/28/2016 |
| 16078948751 | ST MARKS HOSPITAL | 2/28/2016 |
| 18051391818 | ST MARKS HOSPITAL | 2/3/2018 |
| 15153602466A1 | ST MARKS HOSPITAL | 2/5/2015 |
| 15058941933 | TIMPANOGOS REGIONAL HOSPITAL | 2/5/2015 |
| 170461028445 | OGDEN REGIONAL MEDICAL CENTER | 2/5/2017 |
| 170521145537 | OGDEN REGIONAL MEDICAL CENTER | 2/8/2017 |
| 18085402954 | ST MARKS HOSPITAL | 2/8/2018 |
| 18064402113 | OGDEN REGIONAL MEDICAL CENTER | 2/8/2018 |
| 18072374472 | TIMPANOGOS REGIONAL HOSPITAL | 2/8/2018 |
| 170931048929 | TIMPANOGOS REGIONAL HOSPITAL | 3/10/2017 |
| 18088320456 | ST MARKS HOSPITAL | 3/11/2018 |
| 15090932428A1 | ST MARKS HOSPITAL | 3/12/2015 |
| 15174605883 | ST MARKS HOSPITAL | 3/12/2015 |

| Claim Number | Provider Name | Start Date |
|---|---|---|
| 18092282875 | ST MARKS HOSPITAL | 3/13/2018 |
| 15085919030 | OGDEN REGIONAL MEDICAL CENTER | 3/14/2015 |
| 160821028414 | ST MARKS HOSPITAL | 3/15/2016 |
| 160991041754A2 | ST MARKS HOSPITAL | 3/15/2016 |
| 161171020041 | OGDEN REGIONAL MEDICAL CENTER | 3/15/2016 |
| 16119987887 | OGDEN REGIONAL MEDICAL CENTER | 3/15/2016 |
| 17136607223 | ST MARKS HOSPITAL | 3/16/2017 |
| 171241036463 | TIMPANOGOS REGIONAL HOSPITAL | 3/16/2017 |
| 18082352871 | ST MARKS HOSPITAL | 3/16/2018 |
| 16091983257A1 | OGDEN REGIONAL MEDICAL CENTER | 3/17/2016 |
| 171221121550 | TIMPANOGOS REGIONAL HOSPITAL | 3/17/2017 |
| 171211058777 | ST MARKS HOSPITAL | 3/17/2017 |
| 15097926085 | TIMPANOGOS REGIONAL HOSPITAL | 3/18/2015 |
| 15099911982 | TIMPANOGOS REGIONAL HOSPITAL | 3/18/2015 |
| 15076935839 | ST MARKS HOSPITAL | 3/2/2015 |
| 15099925184 | ST MARKS HOSPITAL | 3/2/2015 |
| 15182619347A1 | TIMPANOGOS REGIONAL HOSPITAL | 3/20/2015 |
| 18089350712 | OGDEN REGIONAL MEDICAL CENTER | 3/20/2018 |
| 170881060739 | OGDEN REGIONAL MEDICAL CENTER | 3/21/2017 |
| 16091983286A1 | OGDEN REGIONAL MEDICAL CENTER | 3/22/2016 |
| 16095981324 | OGDEN REGIONAL MEDICAL CENTER | 3/22/2016 |
| 170931048948 | TIMPANOGOS REGIONAL HOSPITAL | 3/23/2017 |
| 170951125664 | OGDEN REGIONAL MEDICAL CENTER | 3/23/2017 |
| 15148612029 | ST MARKS HOSPITAL | 3/25/2015 |
| 160961043635 | ST MARKS HOSPITAL | 3/25/2016 |
| 160961043887A1 | ST MARKS HOSPITAL | 3/26/2016 |
| 160991042034 | TIMPANOGOS REGIONAL HOSPITAL | 3/26/2016 |
| 16112887465 | OGDEN REGIONAL MEDICAL CENTER | 3/26/2016 |
| 15170931811A1 | ST MARKS HOSPITAL | 3/27/2015 |
| 15099911977A1 | TIMPANOGOS REGIONAL HOSPITAL | 3/28/2015 |
| 15113927953A1 | OGDEN REGIONAL MEDICAL CENTER | 3/29/2015 |
| 15112940284 | ST MARKS HOSPITAL | 3/29/2015 |
| 16111985669A1 | TIMPANOGOS REGIONAL HOSPITAL | 3/29/2016 |
| 161461005324 | ST MARKS HOSPITAL | 3/3/2016 |
| 15148612082A1 | ST MARKS HOSPITAL | 3/30/2015 |
| 16111985193 | ST MARKS HOSPITAL | 3/31/2016 |
| 171921079339 | OGDEN REGIONAL MEDICAL CENTER | 3/31/2017 |
| 15153967567A2 | OGDEN REGIONAL MEDICAL CENTER | 3/4/2015 |
| 18075334956 | ST MARKS HOSPITAL | 3/4/2018 |
| 18078329384 | TIMPANOGOS REGIONAL HOSPITAL | 3/6/2018 |
| 17128612610 | OGDEN REGIONAL MEDICAL CENTER | 3/7/2017 |
| 15099925109 | ST MARKS HOSPITAL | 3/9/2015 |
| 170811042221 | OGDEN REGIONAL MEDICAL CENTER | 3/9/2017 |
| 170881060718 | OGDEN REGIONAL MEDICAL CENTER | 3/9/2017 |
| 15125606781 | ST MARKS HOSPITAL | 4/1/2015 |
| 16112887511A1 | OGDEN REGIONAL MEDICAL CENTER | 4/10/2016 |
| 16127974294 | TIMPANOGOS REGIONAL HOSPITAL | 4/10/2016 |
| 16127974295A1 | TIMPANOGOS REGIONAL HOSPITAL | 4/10/2016 |
| 16118981564A1 | TIMPANOGOS REGIONAL HOSPITAL | 4/11/2016 |
| 15149952425A1 | OGDEN REGIONAL MEDICAL CENTER | 4/14/2015 |
| 161311025156 | ST MARKS HOSPITAL | 4/14/2016 |
| 16127974408 | OGDEN REGIONAL MEDICAL CENTER | 4/14/2016 |
| 16127974105A1 | ST MARKS HOSPITAL | 4/14/2016 |

| Claim Number | Provider Name | Start Date |
|---|---|---|
| 15132613348A1 | ST MARKS HOSPITAL | 4/15/2015 |
| 171531089477 | OGDEN REGIONAL MEDICAL CENTER | 4/15/2017 |
| 171281063313 | OGDEN REGIONAL MEDICAL CENTER | 4/15/2017 |
| 16267970813 | TIMPANOGOS REGIONAL HOSPITAL | 4/18/2016 |
| 171381046437 | ST MARKS HOSPITAL | 4/19/2017 |
| 15121932047A1 | ST MARKS HOSPITAL | 4/2/2015 |
| 15125976514 | ST MARKS HOSPITAL | 4/20/2015 |
| 16207987280 | ST MARKS HOSPITAL | 4/20/2016 |
| 171371053849 | OGDEN REGIONAL MEDICAL CENTER | 4/20/2017 |
| 16127974310A1 | TIMPANOGOS REGIONAL HOSPITAL | 4/22/2016 |
| 16133979311 | ST MARKS HOSPITAL | 4/23/2016 |
| 15134938044 | ST MARKS HOSPITAL | 4/24/2015 |
| 15209621106A2 | ST MARKS HOSPITAL | 4/24/2015 |
| 15259610551 | ST MARKS HOSPITAL | 4/24/2015 |
| 171281063296 | OGDEN REGIONAL MEDICAL CENTER | 4/27/2017 |
| 16104963949A3 | ST MARKS HOSPITAL | 4/3/2016 |
| 171431088126A1 | ST MARKS HOSPITAL | 4/4/2017 |
| 171431088125A1 | ST MARKS HOSPITAL | 4/4/2017 |
| 15119943528 | TIMPANOGOS REGIONAL HOSPITAL | 4/5/2015 |
| 16144979106 | ST MARKS HOSPITAL | 4/5/2016 |
| 15121932048A1 | ST MARKS HOSPITAL | 4/7/2015 |
| 15110923665 | OGDEN REGIONAL MEDICAL CENTER | 4/9/2015 |
| 171351058827 | ST MARKS HOSPITAL | 5/1/2017 |
| 16154995899 | ST MARKS HOSPITAL | 5/11/2016 |
| 15215928790 | ST MARKS HOSPITAL | 5/12/2015 |
| 15215928793 | ST MARKS HOSPITAL | 5/12/2015 |
| 15176930526A1 | OGDEN REGIONAL MEDICAL CENTER | 5/15/2015 |
| 15160963980 | ST MARKS HOSPITAL | 5/15/2015 |
| 17151994474 | OGDEN REGIONAL MEDICAL CENTER | 5/15/2017 |
| 171521084125 | ST MARKS HOSPITAL | 5/16/2017 |
| 17151994381 | TIMPANOGOS REGIONAL HOSPITAL | 5/16/2017 |
| 171591045036 | ST MARKS HOSPITAL | 5/17/2017 |
| 171591045369 | TIMPANOGOS REGIONAL HOSPITAL | 5/18/2017 |
| 16133979701 | OGDEN REGIONAL MEDICAL CENTER | 5/2/2016 |
| 15160963979 | ST MARKS HOSPITAL | 5/20/2015 |
| 16196971557 | OGDEN REGIONAL MEDICAL CENTER | 5/20/2016 |
| 171501167169 | OGDEN REGIONAL MEDICAL CENTER | 5/21/2017 |
| 16175977557 | OGDEN REGIONAL MEDICAL CENTER | 5/22/2016 |
| 16176979062 | OGDEN REGIONAL MEDICAL CENTER | 5/23/2016 |
| 171581002940 | ST MARKS HOSPITAL | 5/23/2017 |
| 171841074434A1 | TIMPANOGOS REGIONAL HOSPITAL | 5/25/2017 |
| 16196971561 | OGDEN REGIONAL MEDICAL CENTER | 5/26/2016 |
| 16165968706 | TIMPANOGOS REGIONAL HOSPITAL | 5/26/2016 |
| 161591004732 | ST MARKS HOSPITAL | 5/27/2016 |
| 171601045776A1 | ST MARKS HOSPITAL | 5/27/2017 |
| 171701042013 | OGDEN REGIONAL MEDICAL CENTER | 5/27/2017 |
| 15139936460A1 | ST MARKS HOSPITAL | 5/3/2015 |
| 16144979795 | OGDEN REGIONAL MEDICAL CENTER | 5/3/2016 |
| 16161981123 | ST MARKS HOSPITAL | 5/31/2016 |
| 15138916894 | TIMPANOGOS REGIONAL HOSPITAL | 5/6/2015 |
| 16147987494 | ST MARKS HOSPITAL | 5/7/2016 |
| 171371053750 | TIMPANOGOS REGIONAL HOSPITAL | 5/7/2017 |
| 15139936461A1 | ST MARKS HOSPITAL | 5/8/2015 |

NICU Claims

| Claim Number | Provider Name | Start Date |
|---|---|---|
| 16161982746 | OGDEN REGIONAL MEDICAL CENTER | 5/9/2016 |
| 16221610577A1 | ST MARKS HOSPITAL | 6/1/2016 |
| 15231610435 | OGDEN REGIONAL MEDICAL CENTER | 6/10/2015 |
| 15223979778 | OGDEN REGIONAL MEDICAL CENTER | 6/10/2015 |
| 16195992888 | TIMPANOGOS REGIONAL HOSPITAL | 6/10/2016 |
| 162361078002 | ST MARKS HOSPITAL | 6/10/2016 |
| 171791019919 | ST MARKS HOSPITAL | 6/10/2017 |
| 16176979107A1 | OGDEN REGIONAL MEDICAL CENTER | 6/11/2016 |
| 15245607544A1 | ST MARKS HOSPITAL | 6/12/2015 |
| 15210941893 | ST MARKS HOSPITAL | 6/12/2015 |
| 15210941915 | ST MARKS HOSPITAL | 6/12/2015 |
| 171811035229 | ST MARKS HOSPITAL | 6/13/2017 |
| 16176978753 | ST MARKS HOSPITAL | 6/15/2016 |
| 16202987764 | OGDEN REGIONAL MEDICAL CENTER | 6/15/2016 |
| 16194991937 | OGDEN REGIONAL MEDICAL CENTER | 6/17/2016 |
| 16194991549 | ST MARKS HOSPITAL | 6/18/2016 |
| 16235000071 | TIMPANOGOS REGIONAL HOSPITAL | 6/18/2016 |
| 16237985935 | TIMPANOGOS REGIONAL HOSPITAL | 6/18/2016 |
| 15216951034 | ST MARKS HOSPITAL | 6/19/2015 |
| 15167933450 | OGDEN REGIONAL MEDICAL CENTER | 6/2/2015 |
| 16231964476 | ST MARKS HOSPITAL | 6/20/2016 |
| 171941017054 | TIMPANOGOS REGIONAL HOSPITAL | 6/20/2017 |
| 171841073119 | ST MARKS HOSPITAL | 6/21/2017 |
| 171981033054 | TIMPANOGOS REGIONAL HOSPITAL | 6/21/2017 |
| 171911014128A1 | ST MARKS HOSPITAL | 6/22/2017 |
| 17202616232A1 | ST MARKS HOSPITAL | 6/22/2017 |
| 16188923587A1 | TIMPANOGOS REGIONAL HOSPITAL | 6/24/2016 |
| 172121019740A1 | ST MARKS HOSPITAL | 6/24/2017 |
| 172121019741 | ST MARKS HOSPITAL | 6/24/2017 |
| 172011012517 | ST MARKS HOSPITAL | 6/25/2017 |
| 15188903100 | ST MARKS HOSPITAL | 6/26/2015 |
| 16195992740 | ST MARKS HOSPITAL | 6/27/2016 |
| 171981033229A1 | OGDEN REGIONAL MEDICAL CENTER | 6/29/2017 |
| 161801058636 | OGDEN REGIONAL MEDICAL CENTER | 6/4/2016 |
| 16174991994A1 | TIMPANOGOS REGIONAL HOSPITAL | 6/5/2016 |
| 15190917716A1 | ST MARKS HOSPITAL | 6/6/2015 |
| 17228600846 | ST MARKS HOSPITAL | 6/8/2017 |
| 15268617238 | ST MARKS HOSPITAL | 6/9/2015 |
| 16179976398 | ST MARKS HOSPITAL | 6/9/2016 |
| 15212930428 | TIMPANOGOS REGIONAL HOSPITAL | 7/10/2015 |
| 172061048080A1 | ST MARKS HOSPITAL | 7/10/2017 |
| 172061072628 | OGDEN REGIONAL MEDICAL CENTER | 7/11/2017 |
| 16211968811 | ST MARKS HOSPITAL | 7/12/2016 |
| 16209978658 | ST MARKS HOSPITAL | 7/13/2016 |
| 16211968848 | ST MARKS HOSPITAL | 7/14/2016 |
| 16232962386 | OGDEN REGIONAL MEDICAL CENTER | 7/14/2016 |
| 172021043200 | OGDEN REGIONAL MEDICAL CENTER | 7/14/2017 |
| 17228600847 | ST MARKS HOSPITAL | 7/14/2017 |
| 16259623004 | TIMPANOGOS REGIONAL HOSPITAL | 7/15/2015 |
| 16214962529 | ST MARKS HOSPITAL | 7/17/2016 |
| 172121020114A1 | TIMPANOGOS REGIONAL HOSPITAL | 7/17/2017 |
| 172151035891 | OGDEN REGIONAL MEDICAL CENTER | 7/18/2017 |
| 172351041313A1 | OGDEN REGIONAL MEDICAL CENTER | 7/18/2017 |

| Claim Number | Provider Name | Start Date |
|---|---|---|
| 172751030221 | ST MARKS HOSPITAL | 7/20/2017 |
| 17360172198 | TIMPANOGOS REGIONAL HOSPITAL | 7/20/2017 |
| 17348343518 | TIMPANOGOS REGIONAL HOSPITAL | 7/20/2017 |
| 172441084073 | OGDEN REGIONAL MEDICAL CENTER | 7/21/2017 |
| 15280951837 | ST MARKS HOSPITAL | 7/24/2015 |
| 17073611866 | ST MARKS HOSPITAL | 7/25/2016 |
| 172191046104 | ST MARKS HOSPITAL | 7/26/2017 |
| 172191046848 | OGDEN REGIONAL MEDICAL CENTER | 7/27/2017 |
| 172231048430 | OGDEN REGIONAL MEDICAL CENTER | 7/28/2017 |
| 17264606111 | TIMPANOGOS REGIONAL HOSPITAL | 7/28/2017 |
| 172581009267 | TIMPANOGOS REGIONAL HOSPITAL | 7/28/2017 |
| 170171224221 | OGDEN REGIONAL MEDICAL CENTER | 7/3/2016 |
| 15233939886 | ST MARKS HOSPITAL | 7/30/2015 |
| 15279969358 | ST MARKS HOSPITAL | 7/30/2015 |
| 16200983447 | OGDEN REGIONAL MEDICAL CENTER | 7/5/2016 |
| 15292923602 | ST MARKS HOSPITAL | 7/6/2015 |
| 16208998601 | ST MARKS HOSPITAL | 7/8/2016 |
| 15247931836 | ST MARKS HOSPITAL | 7/9/2015 |
| 15240927941 | TIMPANOGOS REGIONAL HOSPITAL | 8/10/2015 |
| 162361078077 | ST MARKS HOSPITAL | 8/10/2016 |
| 17347366485 | ST MARKS HOSPITAL | 8/10/2017 |
| 15279971780 | OGDEN REGIONAL MEDICAL CENTER | 8/11/2015 |
| 162571057056 | ST MARKS HOSPITAL | 8/11/2016 |
| 172981087980A1 | OGDEN REGIONAL MEDICAL CENTER | 8/11/2017 |
| 15236935863 | ST MARKS HOSPITAL | 8/12/2015 |
| 15260932627 | ST MARKS HOSPITAL | 8/12/2015 |
| 15264929672 | ST MARKS HOSPITAL | 8/12/2015 |
| 15260932630 | ST MARKS HOSPITAL | 8/13/2015 |
| 172831196392 | OGDEN REGIONAL MEDICAL CENTER | 8/13/2017 |
| 15237967798 | ST MARKS HOSPITAL | 8/15/2015 |
| 172401006528A1 | TIMPANOGOS REGIONAL HOSPITAL | 8/16/2017 |
| 15279971782 | OGDEN REGIONAL MEDICAL CENTER | 8/17/2015 |
| 162561665111 | ST MARKS HOSPITAL | 8/19/2016 |
| 16285986862 | ST MARKS HOSPITAL | 8/19/2016 |
| 172651030098 | OGDEN REGIONAL MEDICAL CENTER | 8/21/2017 |
| 172831063971 | OGDEN REGIONAL MEDICAL CENTER | 8/21/2017 |
| 16309960866 | ST MARKS HOSPITAL | 8/24/2016 |
| 162981000891A1 | ST MARKS HOSPITAL | 8/24/2016 |
| 16265993792 | OGDEN REGIONAL MEDICAL CENTER | 8/28/2016 |
| 16272999009 | ST MARKS HOSPITAL | 8/28/2016 |
| 16260961268 | ST MARKS HOSPITAL | 8/29/2016 |
| 172501035466 | ST MARKS HOSPITAL | 8/29/2017 |
| 16258974365 | OGDEN REGIONAL MEDICAL CENTER | 8/3/2016 |
| 15267942411 | ST MARKS HOSPITAL | 8/31/2015 |
| 17226997202 | ST MARKS HOSPITAL | 8/4/2017 |
| 162561665437A1 | TIMPANOGOS REGIONAL HOSPITAL | 8/6/2016 |
| 16238964440 | ST MARKS HOSPITAL | 8/6/2016 |
| 15231942718 | ST MARKS HOSPITAL | 8/8/2015 |
| 16231964478 | ST MARKS HOSPITAL | 8/8/2016 |
| 15280951833 | ST MARKS HOSPITAL | 9/1/2015 |
| 162641011317 | ST MARKS HOSPITAL | 9/1/2016 |
| 173001050211 | OGDEN REGIONAL MEDICAL CENTER | 9/1/2017 |
| 172701192314A1 | OGDEN REGIONAL MEDICAL CENTER | 9/1/2017 |

NICU Claims

| Claim Number | Provider Name | Start Date |
|---|---|---|
| 15300971081 | ST MARKS HOSPITAL | 9/10/2015 |
| 17292611407 | OGDEN REGIONAL MEDICAL CENTER | 9/10/2017 |
| 15303937505A1 | OGDEN REGIONAL MEDICAL CENTER | 9/11/2015 |
| 16130978315 | ST MARKS HOSPITAL | 9/11/2015 |
| 16272999201A1 | TIMPANOGOS REGIONAL HOSPITAL | 9/11/2016 |
| 16279990286 | TIMPANOGOS REGIONAL HOSPITAL | 9/11/2016 |
| 16316971839 | OGDEN REGIONAL MEDICAL CENTER | 9/11/2016 |
| 17296601890 | OGDEN REGIONAL MEDICAL CENTER | 9/11/2017 |
| 172641061701 | OGDEN REGIONAL MEDICAL CENTER | 9/12/2017 |
| 16273986898 | OGDEN REGIONAL MEDICAL CENTER | 9/13/2016 |
| 15303937436 | ST MARKS HOSPITAL | 9/14/2015 |
| 15272984456 | TIMPANOGOS REGIONAL HOSPITAL | 9/14/2015 |
| 15267943359 | OGDEN REGIONAL MEDICAL CENTER | 9/15/2015 |
| 15285607490 | ST MARKS HOSPITAL | 9/15/2015 |
| 16309960848 | ST MARKS HOSPITAL | 9/17/2016 |
| 16285986829A2 | ST MARKS HOSPITAL | 9/19/2016 |
| 172751030652 | OGDEN REGIONAL MEDICAL CENTER | 9/19/2017 |
| 173061035391 | OGDEN REGIONAL MEDICAL CENTER | 9/2/2017 |
| 172751030642 | OGDEN REGIONAL MEDICAL CENTER | 9/20/2017 |
| 172751030646 | OGDEN REGIONAL MEDICAL CENTER | 9/20/2017 |
| 15285933844 | TIMPANOGOS REGIONAL HOSPITAL | 9/21/2015 |
| 15300971839A1 | OGDEN REGIONAL MEDICAL CENTER | 9/22/2015 |
| 172831062049A1 | ST MARKS HOSPITAL | 9/23/2017 |
| 170821036171 | OGDEN REGIONAL MEDICAL CENTER | 9/27/2016 |
| 170821036172 | OGDEN REGIONAL MEDICAL CENTER | 9/28/2016 |
| 16007943008A1 | OGDEN REGIONAL MEDICAL CENTER | 9/29/2015 |
| 163051021484 | ST MARKS HOSPITAL | 9/3/2016 |
| 16357995726 | OGDEN REGIONAL MEDICAL CENTER | 9/30/2016 |
| 15315607450 | ST MARKS HOSPITAL | 9/4/2015 |
| 15303937673 | ST MARKS HOSPITAL | 9/4/2015 |
| 16308984507 | OGDEN REGIONAL MEDICAL CENTER | 9/4/2016 |
| 162641011234 | ST MARKS HOSPITAL | 9/5/2016 |
| 172561033562A1 | OGDEN REGIONAL MEDICAL CENTER | 9/5/2017 |
| 16266992297 | OGDEN REGIONAL MEDICAL CENTER | 9/6/2016 |
| 17270864782A1 | OGDEN REGIONAL MEDICAL CENTER | 9/6/2017 |
| 16266989902 | ST MARKS HOSPITAL | 9/7/2016 |
| 16265993690 | TIMPANOGOS REGIONAL HOSPITAL | 9/8/2016 |
| 17290600120 | OGDEN REGIONAL MEDICAL CENTER | 9/8/2017 |
| 15274964814 | ST MARKS HOSPITAL | 9/9/2015 |
| 162641012008 | TIMPANOGOS REGIONAL HOSPITAL | 9/9/2016 |