Jason R. Burt (Utah State Bar No. 11200)
Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Phone: (202) 637-2200
jason.burt@lw.com

*Attorney for Defendants HCA Healthcare, Inc.; Mountain Division, Inc.; Northern Utah Healthcare Corporation d/b/a St. Mark's Hospital; Timpanogos Regional Medical Services, Inc. d/b/a Timpanogos Regional Hospital; and Columbia Ogden Medical Center, Inc. d/b/a Ogden Regional Medical Center*

---

**UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. DR. KARL BROWN, et al.<br><br>Plaintiffs and Relators,<br><br>v.<br><br>HCA HEALTHCARE, INC., et al.,<br><br>Defendants. | **PARTIES' JOINT MOTION TO EXTEND BRIEFING DEADLINES AND MODIFY APPLICABLE WORD-COUNT LIMITS**<br><br>Case No. 2:19-cv-00525-HCN-DAO<br><br>Hon. Howard C. Nielson, Jr., District Judge<br>Hon. Daphne A. Oberg, Magistrate Judge |

Plaintiff-Relators Dr. Karl Brown, Shannon Nelson, and Hali Stanyon (collectively, "Relators"), and Defendants HCA Healthcare, Inc.; Mountain Division, Inc.; Northern Utah Healthcare Corporation d/b/a St. Mark's Hospital; Timpanogos Regional Medical Services, Inc. d/b/a Timpanogos Regional Hospital; and Columbia Ogden Medical Center, Inc. d/b/a Ogden Regional Medical Center (collectively, "Defendants" and together with Relators, the "Parties") hereby move for an extension of the deadlines to file a response to Relators' Amended Complaint, ECF No. 53. The Parties further move to modify the word count limit applicable to Defendants'

1

forthcoming omnibus motion to dismiss the Amended Complaint, and all responses and replies thereto. The Parties believe this request is reasonable and appropriate given the length and complexity of the Amended Complaint and supporting Exhibit.

## I.   BACKGROUND

Relators filed their original complaint under seal on July 25, 2019. ECF No. 1. On January 14, 2026, the Court unsealed the case and ordered that Defendants be served. ECF No.39. Relators served the original complaint on Defendants on or about April 13, 2026. Then, on April 29, Relators filed the Amended Complaint. ECF No. 53. At present, Defendants' respective deadlines to respond to the Amended Complaint are May 13, 2026.

The Amended Complaint is a 145-page pleading that sets forth seven causes of action against five defendants and alleges complex and historical relationships among numerous entities. To allow Defendants sufficient time to review and prepare a response to the expanded allegations, the Parties conferred and move this Court to extend the deadline for Defendants to respond to the Amended Complaint under Federal Rule of Civil Procedure 6(b). And because Defendants intend to file a single, omnibus motion to dismiss the Amended Complaint, the Parties further move the Court to permit the Parties to modify the default page limits under Local Rule 7-1(a)(7) and permit overlength briefs in connection with Defendants' motion.

## II.   JOINT REQUEST FOR ENTRY OF PROPOSED BRIEFING SCHEDULE

The Parties request that the Court enter the following answer and/or briefing schedule in responding to Relators' Amended Complaint:

| FILING | DEADLINE | PAGE LIMIT |
|---|---|---|
| Deadline for Defendants to Respond to the Amended Complaint. | June 17, 2026 | 40 |
| Deadline for Relators to File Response(s) to Defendants' Motion to Dismiss. | July 29, 2026 | 40 |

| FILING | DEADLINE | PAGE LIMIT |
|---|---|---|
| Deadline for Defendants to File a Reply/Replies to Relators' Response(s) to the Motion to Dismiss. | August 19, 2026 | 25 |

The Parties submit this schedule for the Court's consideration to provide an aligned, manageable, and consistent schedule for all Parties to respond to the Amended Complaint and Defendants' motion to dismiss.  Good cause exists for the entry of the schedule the Parties propose, and the Parties' request for entry of the schedule is not sought for delay, but so that justice may be done.  As such, the Parties respectfully request that the Court enter the aforementioned briefing schedule and modify the applicable page limits as set forth above.

Dated: May 7, 2026                    LATHAM & WATKINS LLP


/s/ *Jason R. Burt*
Jason R. Burt

*Attorney for Defendants HCA Healthcare, Inc.; Mountain Division, Inc.; Northern Utah Healthcare Corporation d/b/a St. Mark's Hospital; Timpanogos Regional Medical Services, Inc. d/b/a Timpanogos Regional Hospital; and Columbia Ogden Medical Center, Inc. d/b/a Ogden Regional Medical Center*

PARSONS BEHLE & LATIMER

/s/ *Brandon J. Mark* (with permission)
Brandon J. Mark

*Attorney for Relators*